# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ABDUL RASHEED, | : | No. 7 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE COURT OF COMMON PLEAS | : | |
| PHILADELPHIA COUNTY | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2018, the Petition for Extraordinary Relief Mandamus Action is **DENIED**.